## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MILA FAZLOVIC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:23-cv-14087 |
| vs. ) | |
| ) | Judge Robert W. Gettleman |
| DD LOGISTICS, INC., an Illinois corporation, ) | Magistrate Judge Gabriel A. Fuentes |
| DEJAN DERIKONJIC, an individual ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO APPOINT
## SPECIAL PROCESS SERVER AND EXTEND TIME FOR
## SERVICE PURSUANT TO FRCP 4(m)

PLAINTIFF, MILA FAZLOVIC, (hereinafter "Plaintiff") by and through her counsel, John C. Kreamer and Joseph E. Urani of The Kreamer Law Group, L.L.C., move this Honorable Court for an order appointing a special process server to obtain service on Defendants, and for an extension of time to serve Defendant pursuant to FRCP Rule 4, and in support of said motion, state as follows:

1. On September 29, 2023, Plaintiffs sent Waiver and Notice of a Lawsuit and Request to Waive Service of Summons to Defendants DD Logistics, Inc.'s, and Dejan Derikonjic's attorney, Borjan Kovacevic, along with copies of the Complaint. *See Exhibit A*

2. On October 20, 2023, Plaintiff sent an e-mail correspondence to Defendant Dejan Derikonjic and copied Attorney Borjan Kovacevic, reminding them of the upcoming deadline date for the signed Waiver of Service of Summons.

3. On November 6, 2023, Plaintiff sent follow-up email correspondence to Attorney Borjan Kovacevic with a final request for the signed Waiver of Service of Summons. Attorney Kovacevic replied that he has not heard from Defendant Dejan Derikonjic and will reach out to him.

4. To date, Plaintiff has not received any response to the first Waiver request.

5. To Date, Plaintiff has not received the first Waiver or Notice of Waiver returned unaccepted or undelivered.

6. On November 20, 2023, Plaintiff filed a summons to be issued by the Clerk of the Court.

7. As such, if Plaintiff continues to not hear anything back from Defendants in this regard, Plaintiff respectfully requests pursuant to Federal Rule of Civil Procedure 4(c)(3), that this honorable Court enter an order appointing Elite Process Serving, located in Plainfield, Illinois, license number 117-001199 to serve process, summons and any and all other necessary documents in this matter on Defendant.

8. Plaintiff is diligently working on trying to effectuate service in this matter. In light of the above, Plaintiff also respectfully asks that the Court extend the time to effectuate service for an appropriate period pursuant to FRCP 4(m).

9. Plaintiffs do not seek this order to create any undue delay in this matter, nor will the entry of this matter create any prejudice to any party.

WHEREFORE, Plaintiffs pray that this Court enters an order granting this motion to appoint a Special Process Server in this matter, and to extend the period of time to effectuate service pursuant to Rule 4(m), and for any further relief the Court deems appropriate.

                Respectfully Submitted,
                **MILA FAZLOVIC**

                <u>/s/ John C. Kreamer</u>
                One of Plaintiff's Attorneys

By:   John C. Kreamer - ARDC#6270111
       Joseph E. Urani - ARDC #6278626
       Kreamer Law Group, LLC
       1100 E. Warrenville Rd., Suite 135
       Naperville, IL  60563
       Tel.:  (630) 995-3668
       Fax:  (630) 597-9532

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 22, 2023 he electronically filed Plaintiff's Motion to Appoint Special Process Server with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any and all registered CM/ECF participant(s).

**/s/ John C. Kreamer /s/**