**From:** Kelly May <kellymay@kreamerlawgroup.com>
**Date:** Tuesday, December 12, 2023 at 9:07 AM
**To:** Adrianna Micciche <amicciche@elitepsi.com>
**Subject:** Re: Fazlovic v. DD Logistice, Inc. and Dejan Deriknojic -n 1:23-CCV-14087- Service on Defendants

Thank you, Adrianna.

Kelly


Kelly M. May,
Paralegal
Kreamer Law Group, LLC
1100 E. Warrenville Rd., #135
Naperville, IL. 60563
(630) 995-3254
kellymay@kreamerlawgroup.com

**From:** Adrianna Micciche <amicciche@elitepsi.com>
**Date:** Monday, December 11, 2023 at 1:14 PM
**To:** Kelly May <kellymay@kreamerlawgroup.com>
**Subject:** Re: Fazlovic v. DD Logistice, Inc. and Dejan Deriknojic -n 1:23-CCV-14087- Service on Defendants

Hello,

Please see below for a synopsis of what has occurred.

| | | | | | | |
|---|---|---|---|---|---|---|
| Sat 12/09/2023 | 14:07 | Attempt | 6403 South Garfield Avenue Willowbrook IL 60527 | NO | No answer at front door. Packages were still on porch. | |
| Fri 12/08/2023 | 20:02 | Attempt | 6403 South Garfield Avenue Willowbrook IL 60527 | NO | No answer at front door. No vehicles visible. Two packages on front porch. | |
| Thu 12/07/2023 | 07:30 | Attempt | 6403 South Garfield Avenue Willowbrook IL 60527 | NO | No answer at front door. | YE |
| Wed 12/06/2023 | 13:49 | Attempt | 6403 South Garfield Avenue Willowbrook IL 60527 | NO | No answer at front door. | YE |



EXHIBIT
1