**From:** Adrianna Micciche <amicciche@elitepsi.com>
**Date:** Tuesday, December 12, 2023 at 12:23 PM
**To:** Kelly May <kellymay@kreamerlawgroup.com>
**Cc:** John Kreamer <jckreamer@kreamerlawgroup.com>
**Subject:** Re: Fazlovic v. DD Logistice, Inc. and Dejan Deriknojic -n 1:23-CCV-14087- Service on Defendants

| Date | Time | Type | Address | Served | Notes |
|---|---|---|---|---|---|
| Thu 12/07/2023 | 11:02 | Attempt | 679 E.S. Frontage Road Bolingbrook IL 60440 | NO | Dejan not in the office at time of attempt. |
| Wed 12/06/2023 | 21:28 | Attempt | 679 E.S. Frontage Road Bolingbrook IL 60440 | NO | Dejan not in the office at time of attempt. |
| Mon 12/04/2023 | 10:42 | Attempt | 679 E.S. Frontage Road Bolingbrook IL 60440 | NO | Dejan not in the office at time of attempt. |
| Fri 12/01/2023 | 08:15 | Attempt | 679 E.S. Frontage Road Bolingbrook IL 60440 | NO | Dejan not in the office at time of attempt. |
| Thu 11/30/2023 | 13:06 | Attempt | 679 E.S. Frontage Road Bolingbrook IL 60440 | NO | There wasn't anyone in the office and I wasn't able to get anyone to answer my calls. |
| Sat 12/09/2023 | 14:07 | Attempt | 6403 South Garfield Avenue Willowbrook IL 60527 | NO | No answer at front door. Packages were still on porch. |
| ~~Sat 12/09/2023~~ | ~~14:07~~ | ~~Attempt~~ | ~~6403 South Garfield Avenue Willowbrook IL 60527~~ | ~~NO~~ | ~~No answer at front door. Packages were still on porch.~~ |
| Sat 12/09/2023 | 14:07 | Attempt | 6403 South Garfield Avenue Willowbrook IL 60527 | NO | No answer at front door. Packages were still on porch. |
| Fri 12/08/2023 | 20:02 | Attempt | 6403 South Garfield Avenue Willowbrook IL 60527 | NO | No answer at front door. No vehicles visible. Two packages on front porch. |

**From:** Kelly May <kellymay@kreamerlawgroup.com>
**Date:** Tuesday, December 12, 2023 at 11:19 AM
**To:** Adrianna Micciche <amicciche@elitepsi.com>



EXHIBIT 2