Thursday, December 21, 2023 at 15:50:53 Central Standard Time

**Subject:** Re: Service of Dejan Deriknojic
**Date:** Tuesday, December 19, 2023 at 4:50:30 PM Central Standard Time
**From:** John Kreamer <jckreamer@kreamerlawgroup.com>
**To:** Adrianna Micciche <amicciche@elitepsi.com>
**CC:** Kelly May <kellymay@kreamerlawgroup.com>, Kristine Mauro <KMauro@kreamerlawgroup.com>
**Attachments:** image001.jpg, image002.jpg, image003.jpg, image004.jpg, image005.jpg, image006.jpg, image007.jpg, image008.jpg, image009.jpg, image010.jpg, image011.jpg, image012.jpg, image013.png, image001.jpg, image002.jpg, image003.jpg, image004.jpg, image005.jpg, image006.jpg, image007.jpg, image008.jpg, image009.jpg, image010.jpg, image011.jpg, image012.jpg, image013.png

He is living at that house   He is visiting overseas after Christmas.  Anyone at the house over 13 can be served.
Sent from my iPhone

On Dec 19, 2023, at 4:47PM, Adrianna Micciche <amicciche@elitepsi.com> wrote:

Our server made an attempt at the property. When he arrived, there was a black Mercedes leaving the property. Our server flagged the car down and spoke with the driver. Per the server, It was not Dejan as the man did not match the previous photos provided, but someone who was either driving Dejan's vehicle or one like it. The driver told our server that Dejan is "overseas until the end of January and there is no one inside the residence."

I advised the server to attempt at the property still despite what the person he spoke with said. Have you heard anything regarding Dejan being out of the country for an extended period?

Thank you,

Adrianna Micciche
**Client Relations Manager**
[Pronouns: they/them/theirs] (what is this?)
*Elite Process Serving, Inc.* - IL Detective Agency License No. 117-001199
Phone - (855) 299-4600 Ext 810
Fax - (630) 299-4601
Email – amicciche@elitepsi.com
To make a payment CLICK HERE

The information contained in this message, including any attachments may contain privileged and confidential information.  It is intended only for the use of the recipients identified above. If you are not the intended recipient you are hereby notified that any use, disclosure, copying, or distribution of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply email, delete the message from your system and destroy all copies.

**From:** John Kreamer <jckreamer@kreamerlawgroup.com>
**Date:** Tuesday, December 19, 2023 at 2:55 PM
**To:** Adrianna Micciche <amicciche@elitepsi.com>
**Cc:** Kelly May <kellymay@kreamerlawgroup.com>, Kristine Mauro <KMauro@kreamerlawgroup.com>
**Subject:** Re: Service of Dejan Deriknojic

* * * External sender * * *

The mom just took the garbage can inside from the end of the driveway
Sent from my iPhone

On Dec 19, 2023, at 2:52 PM, John Kreamer <jckreamer@kreamerlawgroup.com> wrote:

 His parents are living there.  His mom has red Kia square car.
Sent from my iPhone

On Dec 19, 2023, at 2:43 PM, John Kreamer <jckreamer@kreamerlawgroup.com> wrote:

Adrianna -

Dejan is at his home right now at the Garfield address in Bur Ridge Illinois.  His black Mercedes is in the driveway.

Sent from my iPhone

On Dec 18, 2023, at 10:32 AM, Kristine Mauro <KMauro@kreamerlawgroup.com> wrote:

Adrianna,

Our client is attempting to obtain one more address that Defendant Deriknojic can be served. We hope to receive word from her before the end of this week.


EXHIBIT 3

Regards,

Kris Mauro
Paralegal
Kreamer Law Group, LLC
1100 E. Warrenville Road, Suite 135
Naperville, IL 60563
Phone: (630) 364-2140
Fax: (630) 597-9532
Email: kmauro@kreamerlawgroup.com<mailto:kmauro@kreamerlawgroup.com>

From: Adrianna Micciche <amicciche@elitepsi.com>
Date: Monday, December 18, 2023 at 10:02 AM
To: Kristine Mauro <KMauro@kreamerlawgroup.com>
Cc: John Kreamer <jckreamer@kreamerlawgroup.com>, Kelly May <kellymay@kreamerlawgroup.com>
Subject: Re: Service of Dejan Deriknojic
Good morning, the remaining addresses were closed as non-service. Is there another service address we could attempt service at????

Thank you,

Adrianna Micciche
Client Relations Manager
[Pronouns: they/them/theirs] (what is this<https://pronouns.org/what-and-why/>;?)
Elite Process Serving, Inc.- IL Detective Agency License No. 117-001199
Phone - (855) 299-4600 Ext 810
Fax - (630) 299-4601
Email – amicciche@elitepsi.com<mailto:amicciche@elitepsi.com>
To make a payment CLICK HERE<https://www.elitepsi.com/payments/>;

The information contained in this message, including any attachments may contain privileged and confidential information. It is intended only for the use of the recipients identified above. If you are not the intended recipient you are hereby notified that any use, disclosure, copying, or distribution of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply email, delete the message from your system and destroy all copies.

From: Kristine Mauro <KMauro@kreamerlawgroup.com>
Date: Friday, December 15, 2023 at 3:53 PM
To: Adrianna Micciche <amicciche@elitepsi.com>
Cc: John Kreamer <jckreamer@kreamerlawgroup.com>, Kelly May <kellymay@kreamerlawgroup.com>
Subject: Service of Dejan Deriknojic
* * * External sender * * *

_____

Adrianna,

Thank you for forwarding the affidavit of service for DD Logistics. Hopefully, we will be able to get Dejan Deriknojic served soon. After speaking with our client, please focus on serving him at the following addresses:

1. 6403 S. Garfield Avenue, Burr Ridge, IL 60527 (Dejan has cameras directed at his driveway and will not answer the door if he does not recognize the vehicle or the person approaching the front door.)

1. DD Logistics, 679 E.S. Frontage Road, Bolingbrook, IL 60440

We discovered the defendant may be staying at a third location. Once we hear back from our client, we will reach out to you.

Please contact John, Kelly, or me with any questions you may have.

Have a nice weekend.

Regards,

Kris Mauro
Paralegal
Kreamer Law Group, LLC
1100 E. Warrenville Road, Suite 135
Naperville, IL 60563