UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILA FAZLOVIC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:23-cv-14087 |
| vs. ) | |
| ) | Judge Robert W. Gettleman |
| DD LOGISTICS, INC., an Illinois corporation, ) | Magistrate Judge Gabriel A. Fuentes |
| DEJAN DERIKONJIC, an individual ) | |
| ) | |
| Defendants. ) | |

## ORDER

This Matter Coming to Be Heard on the Plaintiff's Motion to Permit Service on Defendant, Dejan Derikonjic, via email pursuant to Illinois Supreme Court Rule 102(f)(1)(B) and for an Extension of Time to allow Service on Defendant, Dejan Derikonjic, pursuant to Federal Rule of Civil Procedure 4(m) [7], due notice having been given and the Court being fully advised in the premises: It Is Hereby Ordered:

1. The Plaintiff's Motion to Permit Service on Defendant, Dejan Derikonjic, via email pursuant to Illinois Supreme Court Rule 102(F)(1)(B) is granted; and

2. The Plaintiff's Motion for an Extension of Time to 2/5/2024 to Allow Service on Defendant, Dejan Derikonjic, pursuant to Federal Rule of Civil Procedure 4(m) is granted.

December 22, 2023
DATE

ROBERT W. GETTLEMAN
United States District Court Judge