UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILA FAZLOVIC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:23-cv-14087 |
| vs. ) | |
| ) | Judge Robert W. Gettleman |
| DD LOGISTICS, INC., an Illinois corporation, ) | Magistrate Judge Gabriel A. Fuentes |
| DEJAN DERIKONJIC, an individual ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS DD LOGISTICS, INC., an ILLINOIS CORPORATION AND DEJAN DERIKONJIC, an INDIVIDUAL AND TO SET A PROVE-UP DATE FOR HEARING ON PLAINTIFF'S DAMAGES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55 (b) (2)**

PLAINTIFF, MILA FAZLOVIC, (hereinafter "Plaintiff") by and through her counsel, John C. Kreamer and Joseph E. Urani of The Kreamer Law Group, L.L.C., move this Honorable Court for entry of Default Judgment against Defendants, DD LOGISTICS, INC., an Illinois Corporation and DEJAN DERIKONJIC, an Individual, and to set a Prove-Up Hearing Date on Plaintiff's Damages, pursuant to FRCP Rule 55 (b)(2), and in support of said motion, states as follows:

1. On September 29, 2023, Plaintiffs sent Waiver and Notice of a Lawsuit and Request to Waive Service of Summons to Defendants DD Logistics, Inc.'s, and Dejan Derikonjic's attorney, Borjan Kovacevic, along with copies of the Complaint. (See Waiver and Notice and Request to Waiver Service attached hereto as Exhibit #1).

2. On October 20, 2023, Plaintiff sent an e-mail correspondence to Defendant Dejan Derikonjic and copied Attorney Borjan Kovacevic, reminding them of the upcoming

1

deadline date for the signed Waiver of Service of Summons. (See email correspondence dated October 20, 2023, attached hereto as Exhibit #2).

3. On November 6, 2023, Plaintiff sent follow-up email correspondence to Attorney Borjan Kovacevic with a final request for the signed Waiver of Service of Summons. Attorney Kovacevic replied that he has not heard from Defendant Dejan Derikonjic and will reach out to him. (See email correspondence dated November 6, 2023, attached hereto as Exhibit #3).

4. To date, Plaintiff has not received any response to the first Waiver request.

5. To date, Plaintiff has not received the first Waiver or Notice of Waiver returned unaccepted or undelivered.

6. On November 20, 2023, Plaintiff filed a summons to be issued by the Clerk of the Court.

7. On November 27, 2023, this Honorable Court granted the Plaintiff's Motion to Appoint Special Process Server Elite Process Serving, and to extend the time for service pursuant to FRCP 4(m).

8. The Process Server was able to successfully serve the corporate Defendant on December 13, 2023, and proof of service for the same was filed on December 15, 2023. Defendant Dejan is the Registered Agent for the Defendant Corporation. (See Proof of Service on the Corporate Defendant marked as Exhibit #4).

9. During this time, the individual Defendant has been evading service. Elite Process Service had attempted service on Defendant Dejan at his Burr Ridge home on December 6th, 7th, 8th, 9th, and 19th. Elite Process Service also attempted service on the Defendant at his place of business on November 30, 2023, December 1, 2023, December 4, 2023, December 6, 2023, and December 7, 2023.

10. Plaintiff's counsel then came to learn that Defendant Dejan was planning on leaving the country to travel to Serbia where the Defendant maintains citizenship and a home.

11. In fact, Defendant Dejan had been selling off a number of his residential rental properties in the Chicagoland area, he currently has his personal Burr Ridge residence for sale, and he has closed two of his transportation businesses, Global Expedited LLC, and DD Truck Center LLC.

12. Plaintiff's counsel has also learned that Defendant Dejan was informing staff months ago that he had already left the country, but this was untrue as he was located at the Compass Arena Bar and Restaurant on Saturday, December 16, 2023, and he was spotted at the Fuller's Car Wash located in Hinsdale, Illinois on Monday, December 11, 2023.

13. On December 22, 2023, this Honorable Court granted the Plaintiff's Motion to Permit Service on Defendant Dejan Derikonjic, via email pursuant to Illinois Supreme Court Rule 102(f)(1)(B).

14. On December 22, 2023, Plaintiff perfected email service on the Defendant, Dejan Derikonjic. (See Proof of Service on the Individual Defendant marked as Exhibit #5).

15. On January 2, 2024, Plaintiff's Counsel again emailed the Defendants' Attorney Borjan Kovacevic who represented the Defendants in the EEOC matter and in other legal matters informed him of the proofs of service. Mr. Kovacevic emailed back stating: "I do know if I represent Mr. Derikonjic on anything. We have not been in touch for sever months. I am happy to reach out again and likewise happy to jump on the case and represent Mr. Derikonjic, provided he tells me he wants my representation. If I get word from him, I will let you know right away." To date, we have not received any word back from Mr.

Kovacevic on this matter. (See email correspondence dated January 2, 2024, attached hereto as Exhibit #6).

16. Defendant is a sophisticated businessman engaged in multiple businesses including interstate commerce. In the past, Dejan Derikonjic regularly communicated with the Plaintiff through email, text messaging, and Facebook making him quite familiar with technology that he has regular access to.

17. It has been more than 21 days since the Defendants were served in this matter and from when any contact was received from the Defendants' former attorney, Borjan Kovacevic.

18. Plaintiff is seeking an entry of Default Judgment against Defendants DD LOGISTICS, INC., an Illinois Corporation and DEJAN DERIKONJIC, an Individual, and to set a Prove-Up Hearing Date on Plaintiff's Damages, pursuant to FRCP Rule 55 (b)(2).

WHEREFORE, Plaintiffs pray that this Court enters an order granting this Motion for Entry of Default Judgment pursuant to FRCP Rule 55 (b)(2) and to set a Prove-Up Hearing, and for any further relief the Court deems appropriate.

    Respectfully Submitted,
    **MILA FAZLOVIC**

    /s/ John C. Kreamer
    One of Plaintiff's Attorneys

By:   John C. Kreamer - ARDC#6270111
       Joseph E. Urani - ARDC #6278626
       Kreamer Law Group, LLC
       1100 E. Warrenville Rd., Suite 135
       Naperville, IL 60563
       Tel.: (630) 995-3668
       Fax: (630) 597-9532

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 24, 2024 he electronically filed Plaintiff's Motion to Appoint Special Process Server with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any and all registered CM/ECF participant(s).

**/s/ John C. Kreamer /s/**