**From:** Borjan Kovacevic bk@bklawinc.com
**Subject:** Re: Mila Fazlovic v. DD Logistics, Inc., et. al. - Notice of Lawsuit, Request to Waive Service of Summons, and Complaint
**Date:** November 6, 2023 at 11:40 AM
**To:** John Kreamer jckreamer@kreamerlawgroup.com
**Cc:** Kristine Mauro KMauro@kreamerlawgroup.com



Good morning John.

I have not heard from Mr. Derikonjic . I will try to reach out to him today, but I do not know if i will be the one presenting him on this matter.

Best
Borjan Kovacevic
Attorney at Law

Borjan Kovacevic ESQ
104 Main St., Suite 2B
Park Ridge, IL, 60068
Office : (312) 344-4430
Cell : (847) 877-4173
Fax : (312) 522-2999
bk@bklawinc.com

CONFIDENTIALITY NOTICE-The information contained in this e-mail and any attachments accompanying the same are covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510 and are attorney-client privileged and confidential information intended only for the use of the individual or entity named herein. If you have received this e-mail in error, notify sender that this e-mail has been sent to you in error and immediately destroy and purge any record of this e-mail.

> On Nov 6, 2023, at 10:49 AM, John Kreamer <jckreamer@kreamerlawgroup.com> wrote:
>
> Borjan –
>
> Good morning. I'm following back up with you on this matter. Please let me know where things stand.
>
> Regards,
>
> *John*
>
> John C. Kreamer
> Kreamer Law Group, LLC
> Phone (630) 857-3609
> Fax (630) 597-9532
> www.kreamerlawgroup.com
>
> **From:** John Kreamer <jckreamer@kreamerlawgroup.com>
> **Date:** Friday, October 20, 2023 at 12:32 PM
> **To:** ddejan011@yahoo.com <ddejan011@yahoo.com>, dan@ddlogisticsinc.com <dan@ddlogisticsinc.com>, dan@amerifreightway.com <dan@amerifreightway.com>



EXHIBIT 3

**Cc:** John Kreamer <jckreamer@kreamerlawgroup.com>, Kristine Mauro <KMauro@kreamerlawgroup.com>, Borjan Kovacevic <bk@bklawinc.com>
**Subject:** Mila Fazlovic v. DD Logistics, Inc., et. al. - Notice of Lawsuit, Request to Waive Service of Summons, and Complaint

Mr. Dejan Derikonjic –

    Good afternoon. Pursuant to Federal Rule of Civil Procedure 4(e)(1), and Illinois Supreme Court Rule 102, please find the attached court documents filed in the above referenced matter. We previously provided these documents to Attorney, Borjan Kovacevic, on September 29, 2023, and again on October 19, 2023, but I had not received the signed waiver of service back from his office. I also spoke to Mr. Kovacevic earlier this afternoon and informed him that I would be emailing you these important court documents directly since we did not receive the waiver of service. I've copied Mr. Kovacevic on this email as I discussed with him earlier today. Thank you for your attention to this matter.

Regards,

John Kreamer
Attorney
Kreamer Law Group, LLC
1100 East Warrenville Road, Suite 135
Naperville, Illinois 60563
Phone (630) 857-3609
Fax (630) 597-9532
Email: jckreamer@kreamerlawgroup.com
Website: https://www.kreamerlawgroup.com

Confidentiality Notice: This email transmission (and/or documents accompanying such) contains confidential information and information that may be attorney-client privileged. Such information is intended only for such use of the individual or entity named above. If you are not the named or intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the secure return of these documents. Your cooperation is appreciated.