# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**Mila Fazlovic**
          Plaintiff(s),

vs.

**DD Logistics, Inc., et al.**
          Defendant(s),

Case No.: **1:23-cv-14087**

**AFFIDAVIT OF SERVICE**

I, **Gary Brakemeyer**, declare and state as follows:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. The following are the results of my efforts to serve process in the above captioned case.

Type of Process: **Summons in a Civil Case and Complaint at Law**

Defendant to be served: **DD Logistics, Inc.**

Address where served: **679 E.S. Frontage Road, Bolingbrook, IL 60440**

On **December 13, 2023** at **1:15 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **John Doe (refused name)**, (Title) **Employee**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Black** - Approx. Age: **45** - Height: **Sitting** - Weight: **230**

Comments: A John Doe, black hair-thinning, 230lbs refused to sign for delivery. Staff would not provide any information regarding when or where Dejan could be located, and refused to accept service on all prior attempts.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

X_____
Gary Brakemeyer
Date Signed: 12/15/2023

Job: 634431
File:

