# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MILA FAZLOVIC<br><br>Plaintiff,<br><br>vs.<br><br>DD LOGISTICS, INC., an Illinois corporation,<br>DEJAN DERIKONJIC, an individual<br><br>Defendants. | Case No.: 1:23-cv-14087<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Gabriel A. Fuentes |

## PROOF OF SERVICE

John C. Kreamer, being duly sworn, on oath deposes and states that on December 22, 2023, Plaintiff's Summons and Complaint with Exhibit(s) were served upon Defendant, Dejan Derikonjic, to the following E-mail addresses pursuant to this Court's Order dated December 22, 2023, and Illinois Supreme Court Rule 102(f)(1)(B):

ddejan011@yahoo.com
dan@ddlogisticsinc.com
dan@amerifreightway.com
ddejan011@hotmail.com
safety@dannytrans.com
safety@coachfreight.com
trucktrailerleasing@ddlogistics.com
info@ddlogisticsinc.com
safety@ddlogisticsinc.com
mikedispatch307@gmail.com
schnell011@yahoo.com

See attached hereto the E-mail sent by John C. Kreamer dated December 22, 2023.

_/s/ Kristine Mauro_
NOTARY PUBLIC

My Commission Expires: 10/15/24

OFFICIAL SEAL
KRISTINE MAURO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/15/24

Respectfully Submitted,
**MILA FAZLOVIC**

/s/ John C. Kreamer
One of Plaintiff's Attorneys

EXHIBIT 5

By: John C. Kreamer - ARDC#6270111
Joseph E. Urani - ARDC #6278626
Kreamer Law Group, LLC
1100 E. Warrenville Rd., Suite 135
Naperville, IL 60563
Tel.: (630) 995-3668
Fax: (630) 597-9532

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 28, 2023 he electronically filed Plaintiff's Proof of Service with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any and all registered CM/ECF participant(s).

**/s/ John C. Kreamer /s/**

**Thursday, December 28, 2023 at 13:39:17 Central Standard Time**

| | |
|---|---|
| **Subject:** | IMPORTANT INFORMATION - YOU ARE BEING SUED |
| **Date:** | Friday, December 22, 2023 at 3:28:00 PM Central Standard Time |
| **From:** | John Kreamer |
| **To:** | ddejan011@yahoo.com, dan@ddlogisticsinc.com, dan@amerifreightway.com, ddejan011@hotmail.com, safety@dannytrans.com, safety@coachfreight.com, trucktrailerleasing@ddlogisticsinc.com, info@ddlogisticsinc.com, safety@ddlogisticsinc.com, mikedispatch307@gmail.com, schnell011@yahoo.com |
| **CC:** | John Kreamer, Kelly May, Joe Urani, Kerrie Kramer, Kristine Mauro |
| **Attachments:** | Complaint at Law with Exhibit A 9-25-23.pdf, Stamped Civil Cover Sheet 9-25-23.pdf, Issued Dejan 11-21-23.pdf |

Mr. Dejan Derikonjic –

You have been sued. Read all of the documents attached to this email. To participate in the case, you must follow the instructions listed in the attached summons. If you do not, the court may decide the case without hearing from you, and you could lose the case.

Regards,

*John*


John C. Kreamer
Kreamer Law Group, LLC
Phone (630) 857-3609
Fax (630) 597-9532
www.kreamerlawgroup.com


**From:** John Kreamer <jckreamer@kreamerlawgroup.com>
**Date:** Friday, October 20, 2023 at 12:32 PM
**To:** ddejan011@yahoo.com <ddejan011@yahoo.com>, dan@ddlogisticsinc.com <dan@ddlogisticsinc.com>, dan@amerifreightway.com <dan@amerifreightway.com>
**Cc:** John Kreamer <jckreamer@kreamerlawgroup.com>, Kristine Mauro <KMauro@kreamerlawgroup.com>, Borjan Kovacevic <bk@bkiawinc.com>
**Subject:** Mila Fazlovic v. DD Logistics, Inc., et. al. - Notice of Lawsuit, Request to Waive Service of Summons, and Complaint

Mr. Dejan Derikonjic –

  Good afternoon. Pursuant to Federal Rule of Civil Procedure 4(e)(1), and Illinois Supreme

Court Rule 102, please find the attached court documents filed in the above referenced matter. We previously provided these documents to Attorney, Borjan Kovacevic, on September 29, 2023, and again on October 19, 2023, but I had not received the signed waiver of service back from his office. I also spoke to Mr. Kovacevic earlier this afternoon and informed him that I would be emailing you these important court documents directly since we did not receive the waiver of service. I've copied Mr. Kovacevic on this email as I discussed with him earlier today. Thank you for your attention to this matter.

Regards,

John Kreamer
Attorney
Kreamer Law Group, LLC
1100 East Warrenville Road, Suite 135
Naperville, Illinois 60563
Phone (630) 857-3609
Fax (630) 597-9532
Email: jkreamer@kreamerlawgroup.com
Website: https://www.kreamerlawgroup.com

Confidentiality Notice: This email transmission (and/or documents accompanying such) contains confidential information and information that may be attorney-client privileged. Such information is intended only for such use of the individual or entity named above. If you are not the named or intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the secure return of these documents. Your cooperation is appreciated.