From: **Borjan Kovacevic** bk@bklawinc.com
Subject: Re: Proof of Service - DD Logistics & Dejan
Date: January 2, 2024 at 4:43 PM
To: John Kreamer jckreamer@kreamerlawgroup.com
Cc: Kristine Mauro KMauro@kreamerlawgroup.com



Hi John

Merry Christmas and happy New Year to you as well!

I do not know if I represent Mr. Derikonjic on anything. We have not been in touch for sever months. I am happy to reach out again and likewise happy to jump on the the case and represent Mr. Derikonjic, provided he tells me he wants my representation . If I get word from him, I will let you know right away.

Best

Borjan Kovacevic
Attorney at Law

Borjan Kovacevic ESQ
104 Main St., Suite 2B
Park Ridge, IL, 60068
Office : (312) 344-4430
Cell : (847) 877-4173
Fax : (312) 284-1002
bk@bklawinc.com

CONFIDENTIALITY NOTICE-The information contained in this e-mail and any attachments accompanying the same are covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510 and are attorney-client privileged and confidential information intended only for the use of the individual or entity named herein. If you have received this e-mail in error, notify sender that this e-mail has been sent to you in error and immediately destroy and purge any record of this e-mail.

On Jan 2, 2024, at 3:36 PM, John Kreamer <jckreamer@kreamerlawgroup.com> wrote:

Borjan –

I hope you had a nice Christmas and New Year celebration. Attached are the proofs of service filed in this case against your clients that you represented before the EEOC and the IDHR in this case. As you know, I have reached out to you multiple times on the service of the complaint and summons and the federal court waiver procedures that we discussed and you are familiar with. To date, I have not received any response from you other than that you would follow up with your clients. As a matter of professional courtesy, I wanted to notify you of the proofs of service and extend to you and your clients an opportunity to appear before we seek a default judgment. Please inform your clients of the same. Thank you and have a good week.

Regards,

*John*

John C. Kreamer
Kreamer Law Group, LLC
Phone (630) 857-3609
Fax (630) 597-9532
www.kreamerlawgroup.com



EXHIBIT 6

**From:** Kristine Mauro <KMauro@kreamerlawgroup.com>
**Date:** Tuesday, January 2, 2024 at 3:18 PM
**To:** John Kreamer <jckreamer@kreamerlawgroup.com>
**Subject:** Proof of Service - DD Logistics & Dejan

John,

Attached are the proofs of service for DD Logistics and Dejan.

Kris
<Stamped Notarized Proof of Service 12-28-23.pdf><Filed AFF Serv DD Logistics 12-15-23.pdf>