# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MILA FAZLOVIC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:23-cv-14087 |
| vs. ) | |
| ) | Judge Robert W. Gettleman |
| DD LOGISTICS, INC., an Illinois corporation, ) | Magistrate Judge Gabriel A. Fuentes |
| DEJAN DERIKONJIC, an individual ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE PROVE-UP MATERIALS DEADLINE AND
RESCHEDULE THE PROVE-UP HEARING**

NOW COMES Plaintiff, by and through her Attorneys, KREAMER LAW GROUP, LLC, and moves this Honorable Court for an Order for an extension of time to file her Prove-Up materials, states as follows:

1. Due to an ongoing family medical matter, Plaintiff's counsel is requesting a short extension to file the Plaintiff's Prove-Up materials.

2. Plaintiff's counsel has diligently been working to review the file, conference with the Plaintiff, and discuss the state of this case.

3. The Plaintiff respectfully requests a short extension of time to file her Prove-Up materials until Thursday, February 15, 2024.

4. This matter was previously set by the Court for a Prove-Up hearing on Thursday, February 15, 2024. The Plaintiff respectfully the requests the Court reschedule the Prove-Up hearing to Thursday, February 22, 2024 or when the Court's schedule permits.

5. The Plaintiff does not make this request to cause any undue delay to this matter, but in the interest that substantial justice is obtained in this matter, the Plaintiff needs additional time.

6. If the Court grants this motion for extension, it will not cause any delay of this matter.

7. If this Court were to grant this motion, no prejudice will result to any party.

WHEREFORE, Plaintiff, respectfully prays that this Honorable Court enter an order extending the time for the Plaintiff to file her Prove-Up materials to Thursday, January 15, 2024 and reschedule the Prove-Up hearing to Thursday, January 22, 2024, or when the Court's schedule permits, and any other relief the Court deems appropriate and just.

Respectfully submitted,
**Mila Fazlovic**


By: **/s/ John C. Kreamer**
One of Plaintiff's Attorneys

Kreamer Law Group, LLC
John C. Kreamer
Joseph E. Urani
1100 E. Warrenville Road, Suite 135
Naperville, Illinois 60563
T: (630) 995-3668
F: (630) 597-9532
ARDC No. 6270111

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on February 7, 2024 he electronically filed Plaintiff's Unopposed Motion for An Extension of Time with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any and all registered CM/ECF participant(s).

**/s/ John C. Kreamer /s/**