# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mila Fazlovic

                     Plaintiff,

v.                                      Case No.: 1:23−cv−14087
                                      Honorable Robert W. Gettleman

DD Logistics, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's Motion For Extension Of Time To File Prove−Up Materials Deadline And Reschedule The Prove−Up Hearing [14] is granted. In court prove up hearing on the motion for entry of default judgment set for 2/15/2024 is stricken and reset to 2/20/2024 at 10:00 a.m. in Courtroom 1703. Plaintiff is directed to serve defendants with a copy of this order and deliver a copy of prove−up materials to the court by 2/15/2024. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.