UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILA FAZLOVIC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DD LOGISTICS, INC., an Illinois corporation, ) <br> DEJAN DERIKONJIC, an individual ) <br> ) <br> Defendants. ) | Case No.: 1:23-cv-14087 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFF'S UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO RESCHEDULE THE PROVE-UP HEARING**

NOW COMES Plaintiff, by and through her Attorneys, KREAMER LAW GROUP, LLC, and moves this Honorable Court for an Order for an extension of time to file her Prove-Up materials, states as follows:

1. This matter is scheduled for a prove-up hearing tomorrow, Tuesday, February 20, 2024, at 10:00 am.

2. Plaintiff's counsel learned early this morning, that his client, Mila Fazlovic, has come down ill, with a fever, chills, body aches, headache, and a cough.

3. Upon learning this information, Plaintiff's counsel called and left a message with Courtroom Deputy, Claire Newman.

4. Later this morning, Plaintiff's counsel learned that Ms. Fazlovic tested positive for CoVid -19.

5. Upon learning this information, Plaintiff's counsel emailed Courtroom Deputy, Claire Newman.

6. The Plaintiff respectfully requests a short extension of time to appear for her Prove-Up hearing until Wednesday, February 27, 2024, Thursday, February 28, 2024, or Friday, March 1, 2024, or Wednesday, March 13, 2024, Thursday, March 14, 2024, or Friday, March 15, 2024, or any date soon thereafter that this Court is available. Plaintiff's counsel will out of the country on a short-term mission trip from March 4th through March 12th.

7. The Plaintiff does not make this request to cause any undue delay to this matter, but in the interest that substantial justice is obtained in this matter, the Plaintiff needs additional time.

8. If the Court grants this motion for extension, it will not cause any delay of this matter.

9. If this Court were to grant this motion, no prejudice will result to any party.

10. Plaintiff's counsel will send notice to the Defendants (who have failed to appear in this matter) of any new date scheduled by the Court.

WHEREFORE, Plaintiff, respectfully prays that this Honorable Court enter an order extending the time for the Prove-Up hearing to Wednesday, February 27, 2024, or Thursday, February 28, 2024, or Friday, March 1, 2024, or Wednesday, March 13, 2024, or Thursday, March 14, 2024, or Friday, March 15, 2024, or any date soon thereafter that this Court is available, and any other relief the Court deems appropriate and just.

        Respectfully submitted,
        **Mila Fazlovic**


        By: **/s/ John C. Kreamer**
        One of Plaintiff's Attorneys

Kreamer Law Group, LLC
John C. Kreamer
Joseph E. Urani
1100 E. Warrenville Road, Suite 135
Naperville, Illinois 60563
T: (630) 995-3668
F: (630) 597-9532
ARDC No. 6270111

CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on February 19, 2024 he electronically filed Plaintiff's Unopposed Motion for An Extension of Time with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any and all registered CM/ECF participant(s).

**/s/ John C. Kreamer /s/**