## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Mila Fazlovic
                              Plaintiff,

v.                                                     Case No.: 1:23−cv−14087
                                                         Honorable Robert W. Gettleman

DD Logistics, Inc., et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Prove−up hearing held on 2/20/2024. Plaintiff's counsel appeared in court and due to illness, plaintiff appeared by video. For the reasons stated on the record, Plaintiff's Motion For Entry Of Default Judgment Against Defendants DD Logistics, Inc., An Illinois Corporation And Dejan Derikonjic, An Individual [12] is granted. Judgment is entered against Defendants DD Logistics, Inc. and Dejan Derikonjic. Plaintiff is directed to submit a draft judgment order to the court's proposed order email box. Plaintiff's Unopposed Emergency Motion For Extension Of Time To Reschedule The Prove−Up Hearing [16] is denied as moot. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.