UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILA FAZLOVIC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:23-cv-14087 |
| vs. ) | |
| ) | Judge Robert W. Gettleman |
| DD LOGISTICS, INC., an Illinois corporation, ) | Magistrate Judge Gabriel A. Fuentes |
| DEJAN DERIKONJIC, an individual ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT ORDER**

This Matter Coming To Be Heard For Prove-Up Hearing Pursuant to Federal Rule of Civil Procedure 55 (b) (2), due notice having been given and the Court being fully advised in the premises: IT IS HEREBY ORDERED:

1. The Court now having heard and considered the sworn testimony of the Plaintiff, MILA FAZLOVIC, and after reviewing the pleadings, past orders, and the prove-up materials submitted by the Plaintiff at the Prove-Up Hearing, and taking the enitre matter under advisement, the Court Hereby Enters Judgment jointly and severally against Defendants DD LOGISTICS, INC., an Illinois corporation, and DEJAN DERIKONJIC, and in favor of the Plaintiff, MILA FAZLOVIC, in the total amount of $2,134,133.59, itemized as follows:

| | | |
|---|---|---|
| 1. | Compensatory Damages: | $1,000,000.00 |
| 2. | Punitive Damages: | $1,000,000.00 |
| 3. | Lost Wages: | $114,750.00 |
| 4. | Attorney Fees: | $18,787.50 |
| 5. | Legal Costs: | $596.09 |

TOTAL AMOUNT: $2,134,133.59

SO ORDERED.

ENTERED:

HON. ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE

DATED: February 20, 2024