IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MILA FAZLOVIC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-14087 |
| | ) | |
| v. | ) | |
| | ) | Honorable Robert W. Gettleman |
| DD LOGISTICS, INC., | ) | |
| DEJAN DERIKONJIC, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendants DD Logistics, Inc. and Dejan Derikonjic, by their undersigned counsel, respectfully submit the following Motion for Extension of Time to File Reply:

1. Defendants' reply in support of their Motion for Relief from Default Judgment Or To Amend Or Alter The Judgment is currently due April 10, 2024.

2. Defendants' counsel respectfully requests a 1-day extension of time until April 11, 2024 in which to file Defendants' reply due to obligations in other matters, including an in person settlement conference yesterday in *United States of America ex rel v. Midland Orthopedic Associates, S.C.*, No. 19-cv-7930.

3. Defendants' counsel conferred with Plaintiff's counsel regarding this motion. Plaintiff does not object to this motion.

4. Accordingly, Defendants respectfully request an extension of time up to and including April 11, 2024 in which to file Defendants' reply.

DATE: April 10, 2024						Respectfully Submitted,

							DD LOGISTICS, INC.,
							DEJAN DERIKONJIC

							By: /s/ Marko Duric

							Marko Duric
							ROBERTSON DURIC
							One North LaSalle, Suite 300
							Chicago, Illinois 60602
							(312) 223-8600
							marko@robertsonduric.com