**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Mila Fazlovic

                Plaintiff,

v.                                    Case No.: 1:23−cv−14087

                                    Honorable Robert W. Gettleman

DD Logistics, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 5/9/2024. Defense counsel is accepting service on behalf of DD Logistics, Inc. and Dejan Derikonjic. By agreement of the parties, DD Logistics Inc.'s Motion For Relief From Default Judgment Or To Amend Or Alter The Judgment [30] is granted and the judgment entered on 2/20/2024 [18] is vacated. Defendant's partial motion to dismiss due by 6/6/2024; plaintiff's response due 7/11/2024; defendant#039;s reply due 7/25/2024. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.