**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MILA FAZLOVIC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:23-cv-14087 |
| vs. ) | |
| ) | Judge Robert W. Gettleman |
| DD LOGISTICS, INC., an Illinois corporation, ) | Magistrate Judge Gabriel A. Fuentes |
| DEJAN DERIKONJIC, an individual ) | |
| ) | |
| Defendants. ) | |

**THE PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, MILA FAZLOVIC, (hereinafter "Plaintiff") by and through her counsel, John C. Kreamer of the Kreamer Law Group, L.L.C., and under Federal Rule of Civil Procedure 15(a)(2), moves this Honorable Court to enter an Order granting her leave to file a First Amended Complaint within 28 days against Defendants, and in support state:

1. On Tuesday, October 8, 2024, this Honorable Court granted the Defendant's Motion to Dismiss the following Counts in the Plaintiff's Original Complaint: (1) Count IV Assault for failure to state a claim, (2) Count V - Respondeat Superior Liability for Assault for failure to state a claim; (3). Count VI - Battery for failure to state a claim; (4) Count VII - Respondeat Superior Liability for Battery; and (5) Count XIII - Violations of the Illinois Wage Payment Collection Act.

2. The Plaintiff is respectfully seeking leave of the Court to file an amended complaint to address the factual deficiencies the Court found with the Plaintiff's original complaint

3. Determining whether to grant leave to amend a pleading is an exercise in the court's discretion. *Foman v Davis*, 371 U.S. 178 (1962). As a general rule, district courts should liberally grant leave to amend pleadings. *Fed. R. Civ. P. 15(a)*; *Foman at* 182 (reversing

denial of leave to amend by citing Rule 15(a)(2)'s mandate to freely grant leave to amend and stating "this mandate is to be heeded"); *Barry Aviation Inc. v. Land O'Lakes Municipal Airport Comm'n*, 377 F.3d 682, 687 (7th Cir. 2004); *Mulvania v. Sheriff of Rock Island County.*, 850 F.3d 849, 854 (7th Cir. 2017).

4. Leave under these circumstances should be granted because this case is at an early stage as no discovery deadlines have been entered.

5. The plaintiff is acting in good faith and has not delayed in seeking this amendment.

6. No party will be prejudiced by allowing the Plaintiff to amend at this time and said amendment does not impact the rights of the parties.

7. In accordance with Federal Rule of Civil Procedures 15, a copy of the Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit 1.

WHEREFORE, Plaintiff prays that this Court enters an order granting her Motion for Leave to File an Amended Complaint and for any additional relief this Court deems appropriate and just.

Respectfully Submitted,
**MILA FAZLOVIC**

/s/ John C. Kreamer
One of Plaintiff's Attorneys

By:  John C. Kreamer - ARDC#6270111
Joseph E. Urani - ARDC #6278626
KREAMER LAW GROUP, LLC
1100 E. Warrenville Rd., Suite 135
Naperville, IL  60563
Tel.:  (630) 995-3668
Fax:  (630) 597-9532
Email: jckreamer@kreamerlawgroup.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on October 28, 2024 he electronically filed Plaintiff's Motion For Leave to File an Amended Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any and all registered CM/ECF participant(s).

              /s/ John C. Kreamer