# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Mila Fazlovic

                Plaintiff,

v.                                                 Case No.: 1:23−cv−14087
                                                    Honorable Robert W. Gettleman

DD Logistics, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 2, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: On review of defendants' response to plaintiff's motion for leave to file an Amended Complaint [50] plaintiff's motion [47] is granted. Plaintiff is directed to amend the title of the document filed as Exhibit 1 to Docket Entry [47] to Amended Complaint, and file the Amended Complaint as a separate docket entry. Defendants' responsive pleading due on or before 1/3/2025. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.