# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Mila Fazlovic
                              Plaintiff,

v.                                                     Case No.: 1:23−cv−14087
                                                          Honorable Robert W. Gettleman

DD Logistics, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Initial status hearing upon referral held. Plaintiff makes an oral motion for entry of the discovery schedule per the deadlines proposed in the filed joint status report (doc. #[56]). That motion is granted without objection. Rule 26(a)(1) disclosures to be served on or before 2/15/25; Initial written discovery to be issued by 5 p.m. on 3/15/25; Close of fact discovery by 10/15/25. At this point, the Court will defer scheduling expert discovery until closer to the close of fact discovery. Defendant makes an oral motion for an off−the−record pre−settlement conference. That motion is granted without objection. The next written joint status report on discovery progress and settlement status is due at noon on 6/4/25. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.